IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION


JAYSON JOHNSON,                          )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )            C08-3026 PAZ
                                         )
                                         )      JUDGMENT IN A CIVIL CASE
COMMISSIONER OF SOCIAL                   )
SECURITY,                                )
MICHAEL J ASTRUE,                        )
                                         )
            Defendant.                   )
                                         )


        This action came before the Court.

        IT IS ORDERED AND ADJUDGED

        The Commissioner's decision is affirmed  Judgment will be entered in favor of the

Commissioner and against Johnson.  Plaintiff take nothing and this action is dismissed.



DATED: February 24, 2009


Robert L. Phelps
Clerk

s/src
(By) Deputy Clerk